# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

140094-96

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MARVIN MADDIX,
       Defendant-Appellant.

SC: 140094; 140095; 140096
COA: 293918; 293919; 293920
Wayne CC: 08-007969-01-FC;
          08-007970-01-FC;
          08-009107-01-FC

_____/

     On order of the Court, the application for leave to appeal the October 14, 2009 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

Clerk

d0222